UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NUGENE JACKSON,

      Plaintiff,

v.              Case No. 20-cv-475-pp

CO GUZMAN, *et al.*,

      Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE**

---

  Plaintiff Nugene Jackson, who is representing himself, filed a civil rights lawsuit along with a motion for leave to proceed without prepayment of the filing fee. Dkt. Nos. 1, 2. The court advised the plaintiff that he had to pay an initial partial filing fee of $3.75 before the court could rule on his motion, and it gave the plaintiff a deadline of April 16, 2020 to pay the fee. Dkt. No. 5. The court warned the plaintiff that if he did not either pay the fee or explain why he could not pay it by the stated deadline, the court would deem this case voluntarily dismissed and it would close the case without prejudice. Id. at 2.

  The April 16, 2020 deadline has passed. The plaintiff has not paid the initial partial filing fee or provided the court with a written explanation of why he could not pay. Accordingly, the court will dismiss this case without prejudice.

  The court **ORDERS** that this case is **DISMISSED without prejudice** based on the plaintiff's failure to pay the initial partial filing fee. The court will

enter judgment accordingly. The plaintiff may submit the initial partial filing fee and move to have the case reopened within twenty-one days of the entry of this order. Because the dismissal is without prejudice, the plaintiff may refile his complaint later, subject to the relevant statute of limitations.

Dated in Milwaukee, Wisconsin, this 23rd day of April, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Court Judge**