# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NUGENE JACKSON**,

    Plaintiff,

  v.                                  **Case No. 20-CV-475**

**RAUL GUZMAN,**

    Defendant.

## ORDER

On February 3, 2022, *pro se* plaintiff Nugene Jackson filed a motion to voluntarily dismiss his case. (ECF No. 52.) He states he cannot defend the defendants' motion for summary judgment because the law library at his institution is closed due to COVID-19 restrictions. The court, in its order dated January 3, 2022, explained to Jackson that, in order to respond to the defendants' motion for summary judgment, he simply has to present facts to demonstrate that he was subjected to excessive force, and that he did not need to focus on the law because the court knows the law. (ECF No. 51 at 4.) The court has also previously explained that Jackson may move for an extension of time if he needs more time to file a response. (*See* ECF No. 48 at 2.)

Nevertheless, Jackson has chosen to dismiss his case. The court **GRANTS** his voluntary motion to dismiss (ECF No. 52).

Dated in Milwaukee, Wisconsin this 17th day of February, 2022.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge